# Exhibit 2

**Aegis Capital Corporation - Retail Order placement and execution using an Order Execution and Management System**

**Infringement of the '782 patent**

| **Claim 20** | **Evidence** |
|---|---|
| 20. A method comprising: | Aegis Capital Corporation performs a method of operating a system for transacting trades.<br><br>For example, Aegis Capital Corporation operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br>**About Aegis Capital Corporation**<br><br>Aegis Capital Corporation ("Aegis") has been in the wealth management and investment banking business since 1984. Aegis is dedicated to providing corporate finance, strategic advisory and related services to public and private companies across multiple sectors and regions. Aegis also provides research, sales and trading services to institutional and retail investors. Aegis offers its investment representatives a conflict free service platform and is able to provide a full-range of products and services including investment banking, wealth management, insurance, retirement planning, structured products, private equity, alternatives, equity research, fixed income and special purpose vehicles.<br><br>Source: https://www.aegiscapcorp.com/post/aegis-capital-corp-acted-as-exclusive-placement-agent-on-a-20-million-follow-on-offering-priced-at#:~:text=About%20Aegis%20Capital%20Corporation,income%20and%20special%20purpose%20vehicles. |

| | |
|---|---|
| | ***Broker-Dealer***<br>**Brokerage Accounts**<br>**What investment services and**<br>Our brokerage services include the buying and selling of securities and investment products. If you open a brokerage account, you will pay us a transaction-based fee, generally referred to as a commission, when you buy or sell an investment.<br><br>Source:<br>https://www.aegiscapcorp.com/_files/ugd/8e0788_c6bba3ac3efb4ddebdc7256b6389030e.pdf |

| | |
|---|---|
| | **Commissions and Sales Compensation**<br><br>The Firm receives commissions when it buys or sells a security. This commission is also referred to as a concession, placement fee, or sales charge/load. Typically, the Firm receives the commission and shares a certain percentage of the commission with the financial professional. Because the amount of commission charged can vary between different securities and products, this could create an incentive to recommend certain investments over others. It also could create an incentive to conduct a higher number of transactions.<br><br>• **Equity/ETF/ETN/CEF/Options:** The Firm may charge up to a maximum of 5% per transaction on these types of securities. The charge may be in the form of a commission or markup or markdown[3]. The charge is subject to change depending on the circumstances of the specific transaction.<br><br>Source:<br>https://www.aegiscapcorp.com/_files/ugd/8e0788_2fcc6731964e4054b11ea68d179cb7a0.pdf |
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by Aegis Capital Corporation, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, Aegis Capital Corporation provides securities trading services to multiple clients, some of which are individual investors. Aegis Capital Corporation provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client. |

| | |
|---|---|
| | **Aegis. Putting People First.**<br><br>Aegis Capital has been providing financial services for individuals and institutions since 1984. Our heritage is deeply rooted in our pioneering spirit- helping our clients find innovative solutions for preserving wealth and maximizing growth.<br><br>Source: https://www.aegiscapcorp.com/ |

| | |
|---|---|
| | <br>Source: https://www.aegiscapcorp.com/our-story |
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a processor implemented at least partly in hardware; | The system operated by Aegis Capital Corporation acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, Aegis Capital Corporation provides securities trading services in the form of trading transactions to Aegis Capital Corporation clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier. |

| | |
|---|---|
| | **More personalized attention** - Our financial professionals strive to give you one-on-one, undivided attention. You should not have to sacrifice personalized service to get professional results.<br><br>At Aegis Capital, we seek to help you develop a strategy to attain your financial goals. Whether your goals include a new home, a college education, a European vacation, or opening your own business. Our experienced professionals and their support teams understand the importance of helping you realize your vision.<br><br>Source: https://online.flippingbook.com/view/594135320/4/#zoom=true<br><br>To transact securities business on your behalf, Aegis obtains a variety of non-public financial and personal information about you. In addition, we maintain a record of your securities transactions, which is also non-public. We obtain and maintain records of this information only for the purpose of maintaining the business of being a securities broker-dealer, and in compliance with applicable federal, state and self-regulatory organization rules.<br><br>2. **Information about your securities and other transactions**:<br>(a) information Aegis collects relates to account(s) balance, payment history, trading activity and any other transactions, which take place through or affect transactions which take place through Aegis; and<br>(b) information Aegis Capital collects as part of servicing your account(s). |

| | |
|---|---|
| | Aegis discloses to affiliated and non-affiliated third parties non-public financial and personal information only in connection with the conduct of its securities brokerage business. Such disclosures may include, among other things, information related to transactions, settlement, billing, payment, processing, clearing, transferring, reconciling, collection or tax reporting. Disclosures may be made to affiliates or non-affiliated third parties:<br><br>Source: https://www.aegiscapcorp.com/_files/ugd/8e0788_c8baccb007e24fcbad7aa608a91ba36e.pdf |
| generating profiles of said trading entities based on said histories, each said profile containing information that indicates whether trading transactions associated with a trading entity would generate a profit; and | For example, the order execution and management system used by Aegis Capital Corporation generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. Aegis Capital Corporation order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges.<br><br><br><br><br>Source: https://www.aegiscapcorp.com/client-login |

To transact securities business on your behalf, Aegis obtains a variety of non-public financial and personal information about you. In addition, we maintain a record of your securities transactions, which is also non-public. We obtain and maintain records of this information only for the purpose of maintaining the business of being a securities broker-dealer, and in compliance with applicable federal, state and self-regulatory organization rules.

2. **Information about your securities and other transactions**:

(a) information Aegis collects relates to account(s) balance, payment history, trading activity and any other transactions, which take place through or affect transactions which take place through Aegis; and

(b) information Aegis Capital collects as part of servicing your account(s).

Source:
https://www.aegiscapcorp.com/_files/ugd/8e0788_c8baccb007e24fcbad7aa608a91ba36e.pdf

Aegis Capital Corporation collects nonpublic Personal Identifiable Information such as name, address, Social Security number, age and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed in connection with the conduct of its securities brokerage business, and to ensure that their employees do not provide accounting, legal or tax advice to retail investors. Aegis Capital Corporation periodically reviews transaction history such as account balance and trading activity.

| | |
|---|---|
| | **NON-PUBLIC FINANCIAL AND PERSONAL INFORMATION COLLECTED**<br>The information collected and maintained by Aegis in transacting securities information on your behalf includes, or may include the following types of non-public financial and personal information:<br><br>1. **Information from you**: information you provide on new account form(s); whether provided in writing, in person, by telephone, facsimile, via electronic communication or any other means; such as your name, telephone number, address, social security number, tax ID number, assets, income, investment objectives, financial situation, employer, age and previous securities experience.<br><br>Aegis discloses to affiliated and non-affiliated third parties non-public financial and personal information only in connection with the conduct of its securities brokerage business. Such disclosures may include, among other things, information related to transactions, settlement, billing, payment, processing, clearing, transferring, reconciling, collection or tax reporting. Disclosures may be made to affiliates or non-affiliated third parties:<br><br>Source:<br>https://www.aegiscapcorp.com/_files/ugd/8e0788_c8baccb007e24fcbad7aa608a91ba36e.pdf<br><br>**Understanding Risk**<br><br>Our Firm does not provide tax, legal or accounting advice. Accordingly, we encourage each customer to consult their own personal tax, legal and/or accounting advisers in order to understand the potential consequences associated with a particular investment strategy.<br><br>Source:<br>https://americanlegacywealth.com/wp-content/uploads/2022/11/Form-CRS-for-New-Clients.pdf |

| | |
|---|---|
| | When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.<br><br>Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive “economic benefits” Those benefits include NYSE transaction fee reductions and credits (see amounts from the “New York Stock Exchange Price List 2025” below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

## Fees and Credits Applicable to Executions in the Retail Liquidity Program

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

NYSE Retail Orders and Retail Liquidity Program

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

Additionally, Aegis Capital Corporation tracks transactions made by trading

| | |
|---|---|
| | entities. The entity's profile includes histories of those transactions for at least the purpose of providing transaction confirmations and account statements. Aegis Capital Corporation receives income from some routing venues in the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for Aegis Capital Corporation. For example, in the case where Aegis Capital Corporation would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.<br><br>To transact securities business on your behalf, Aegis obtains a variety of non-public financial and personal information about you. In addition, we maintain a record of your securities transactions, which is also non-public. We obtain and maintain records of this information only for the purpose of maintaining the business of being a securities broker-dealer, and in compliance with applicable federal, state and self-regulatory organization rules.<br><br>2. **Information about your securities and other transactions**:<br>(a) information Aegis collects relates to account(s) balance, payment history, trading activity and any other transactions, which take place through or affect transactions which take place through Aegis; and<br>(b) information Aegis Capital collects as part of servicing your account(s).<br><br>Source:<br>https://www.aegiscapcorp.com/_files/ugd/8e0788_c8baccb007e24fcbad7aa608a91ba36e.pdf |

| | |
|---|---|
| | **What Fees Will I Pay?**<br><br>When you transact in a brokerage account, you will pay a transaction-based fee, generally known as a commission. The commission is based on the specific transaction, not the value of your account.<br><br>With stocks or exchange-traded funds this fee may be called a commission, sales credit, mark-up or mark-down. For some investments, this fee might be part of the price you pay for the investment, which is known as "mark-up" or "mark-down". With mutual funds this fee is usually referred to as a "load" and reduces the value of your investment. Commissions, sales credit and mark-up/mark-down amounts will be disclosed on trade confirmations.<br><br>Certain investments, such as mutual funds impose additional fees that could reduce the value of your investment over time. Also, with certain investments you may have to pay fees, such as surrender charges, when you sell the investment.<br><br>When you open an advisory account, you will pay an on-going asset-based fee for our services, based on the value of the assets managed.<br><br>Asset management fees are billed quarterly. The asset-based fee is based on the value of the managed assets and is not tied to any specific transactions. The fee also does not generally vary based on the type of investments but may vary depending on the value of the account. The asset-based fee reduces the value of your accounts.<br><br>For fee-based advisory accounts, the asset-based fee covers most transaction and custody costs. There are some transactions that include additional costs and additional fees for some services. Some investments, such as mutual funds and ETFs impose additional fees that will reduce the value of your investment over time.<br><br>The more assets you have in an advisory account, the higher the fee will be since it is charged as a |

| | |
|---|---|
| | If you choose a brokerage account, more transactions may result in higher costs. Therefore there may be a conflict of interests and an incentive to encourage you to engage in transactions. We may also impose additional account fees for things like account maintenance and transaction fees. *For more detailed information regarding fees and cost of your account visit www.aegiscapcorp.com/disclosures.* — transaction and product fees. We generally pass through any fees charged by the custodian or clearing firm to your account and in some cases we may charge an additional transaction-based fee, of which a portion is additional revenue to the firm, as detailed in the fee schedule, client agreement and Brochure. *For more information about these fees, please see www.aegiscapcorp.com/disclosures.*<br><br>**You will pay fees and costs whether you make or lose money on your investments. Fees and costs will reduce any amount of money you make on your investments over time. Please make sure you understand what fees and costs you are paying.** ***For more detailed information on the fees and costs and to review our Form ADV, Part 2A brochure go to www.aegiscapcorp.com/disclosures.***<br><br>Source: https://www.aegiscapcorp.com/_files/ugd/8e0788_c6bba3ac3efb4ddebdc7256b6389030e.pdf<br><br>**Order Routing (Rule 606):** Rule 606 under the Securities Exchange Act of 1934 requires the Firm to disclose upon request the identity of the venue to which the customer's orders were routed for execution during the six (6) months prior to the request, whether the orders were directed orders or non-directed orders and the time of the transactions, if any, that resulted from such orders. Should you require such information, please visit https://www.aegiscapcorp.com/disclosures or write to:<br><br>Source: https://www.aegiscapcorp.com/_files/ugd/8e0788_2fcc6731964e4054b11ea68d179cb7a0.pdf |

| | |
|---|---|
| | Aegis in its capacity as a broker dealer routes trades for execution to RBC/AXOS and to an order management system ("OMS") operated by Aegis trading staff. Aegis receives payment for order flow ("PFOF") on customer orders that are routed through the OMS for execution to various external execution venues. PFOF is additional revenue to the Adviser. Information on PFOF and client orders can be found in the Firm's SEC Rule 606 report available in the Disclosures section of the Firm's website<br><br>Source:<br>https://www.aegiscapcorp.com/_files/ugd/8e0788_681fd04c6cb54da482488e0c9a005250.pdf |
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a processor implemented at least partly in hardware. | For example, Aegis Capital Corporation receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>Aegis Capital Corporation sends equity orders to exchanges, electronics communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. Aegis Capital Corporation regularly reviews routing decisions to ensure that the orders meet Aegis Capital Corporation's duty of best execution.<br><br>**Order Routing (Rule 606):** Rule 606 under the Securities Exchange Act of 1934 requires the Firm to disclose upon request the identity of the venue to which the customer's orders were routed for execution during the six (6) months prior to the request, whether the orders were directed orders or non-directed orders and the time of the transactions, if any, that resulted from such orders. Should you require such information, please visit https://www.aegiscapcorp.com/disclosures or write to: |

| | |
|---|---|
| | Source: https://www.aegiscapcorp.com/_files/ugd/8e0788_2fcc6731964e4054b11ea68d179cb7a0.pdf<br><br>Aegis in its capacity as a broker dealer routes trades for execution to RBC/AXOS and to an order management system ("OMS") operated by Aegis trading staff. Aegis receives payment for order flow ("PFOF") on customer orders that are routed through the OMS for execution to various external execution venues. PFOF is additional revenue to the Adviser. Information on PFOF and client orders can be found in the Firm's SEC Rule 606 report available in the Disclosures section of the Firm's website<br><br>Source: https://www.aegiscapcorp.com/_files/ugd/8e0788_681fd04c6cb54da482488e0c9a005250.pdf<br><br>**NYSE Retail Orders and Retail Liquidity Program**<br><br>**Retail Order Overview**<br><br>A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.<br><br>Source: https://www.nyse.com/markets/liquidity-programs |

**NASDAQ Retail Orders and Retail Liquidity Program**

## Orders

### Retail Order

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

### Retail Price Improvement Order (RPI Order)

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

| | |
|---|---|
| | **Cboe Retail Orders and Retail Liquidity Program**<br><br>Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/ |

**IEX Retail Orders and Retail Liquidity Program**

# Retail Order Type

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.

## Overview

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.

### Retail Order Details

Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.

Source: https://www.iexexchange.io/products/retail-program#resources

# Retail Liquidity Provider

Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.

## Retail Liquidity Provider Details

Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).

RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf